# Court of Appeals
# of the State of Georgia

ATLANTA,  February 01, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0863. JIM STEPHENS v. GERALD FITCH.**

This case began as an action for damages in magistrate court. Following an adverse ruling, defendant Jim Stephens d/b/a Jim's Paint and Body Shop appealed to the state court, which entered a final judgment of $5,330.60 in favor of the plaintiff. Stephens then filed a notice of appeal to this Court. We lack jurisdiction for two reasons.

First, an appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Second, appeals in actions for damages in which the judgment is $10,000.00 or less likewise must be brought by discretionary application. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Stephens's failure to comply with the discretionary review procedure

deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See

*Jennings*, 235 Ga. App. at 357; *Strachan*, 216 Ga. App. at 82.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* __02/01/2024_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*